UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOODROW DAVID WILSON,

        Plaintiff,                    Case No. 1:16-cv-1250

v.                                     Honorable Paul L. Maloney

PTS OF AMERICA, LLC et al.,

        Defendants.
_____/

**ORDER FOR SERVICE**

This is a prisoner civil rights action. The Court has conducted an initial review of the complaint pursuant to 28 U.S.C. §1915(e), §1915A and 42 U.S.C. § 1997e(c), to determine whether it is frivolous, malicious, fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant that is immune from such relief. Upon initial review, the Court concludes that the complaint is not subject to dismissal for any of the reasons listed above. Therefore:

IT IS ORDERED that, in accordance with Administrative Order No. 03-029, the Clerk shall return to Plaintiff with a copy of this order one copy of the complaint and any exhibits.

IT IS FURTHER ORDERED that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendants PTS of America, LLC, and Unknown Party, named as PTS Agent "Abram," in the manner prescribed by

Fed. R. Civ. P. 4(d)(2).[1]  If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

        IT IS FURTHER ORDERED that Defendants shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law.  *See* 42 U.S.C. § 1997e(g)(2).


Dated:  November 2, 2016        /s/ Ray Kent
        RAY KENT
        United States Magistrate Judge

---

[1] At this stage of the proceedings the Court lacks sufficient information to effect service on the remaining unknown parties.