UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOODROW DAVID WILSON,

    Plaintiff,

v.

PTS OF AMERICA, LLC, et al.,

    Defendants.

_____/

Case No. 1:16-cv-1250

HONORABLE PAUL L. MALONEY

## **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant PTS of America, LLC filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 22, 2018, recommending that this Court grant the motion and dismiss all Defendants from this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 13) is GRANTED.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims against the other Defendants are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A Judgment will be entered consistent with this Order.

Dated: February 22, 2018

       /s/ Paul L. Maloney
       Paul L. Maloney
       United States District Judge