UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOODROW DAVID WILSON,

    Plaintiff,

v.

PTS OF AMERICA, LLC, et al.,

    Defendants.

_____/

Case No. 1:16-cv-1250

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: February 22, 2018            /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge